No. 4231.—GUTIÉRREZ VÉLEZ, aplte., *v.* MONCLOVA, apdo.— C. D. San Juan. Destitución de funcionario público. Abril 19, 1927. Vistos los artículos 292 y 50 del Código de Enjuiciamiento Civil y la jurisprudencia sentada en el caso de *Coll* v. *Todd, Alcalde,* 35 D.P.R. 625, 628, *no ha lugar* a la desestimación solicitada.

No. 250.—MARTÍNEZ VDA. DE MIRÓ, peticionaria, *v.* HON. CHARLES E. FOOTE, JUEZ, demandado.—*Mandamus.* Abril 19, 1927.

Por cuanto Dolores Martínez viuda de Miró presentó a esta corte una solicitud para que se dirigiera un auto de *mandamus* al Hon. Charles E. Foote, Juez de la Corte de Distrito de Mayagüez, en funciones de la de San Juan, a fin de que fijara un día para la aprobación de cierta exposición del caso en un pleito en que era parte la peticionaria, y

Por cuanto el auto fué librado y el juez demandado contestó manifestando que había dictado una orden fijando el 18 de abril actual para la indicada aprobación:

Por tanto, cumplido así el propósito del procedimiento, *archívese.*